**BETSY R. SHEPHERD**, ATTORNEY AT LAW — OSB # 172670
betsy.r.shepherd@gmail.com
Betsy R. Shepherd
425 Riverwalk Manor Dr.
Dallas, GA 30132
Voice: (505) 480-5630
Fax: (678) 550-9072
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KYMBERLY SWEENEY**, | Case No. 6:22-cv-01230-SI |
|     Plaintiff, | |
| vs. | PROPOSED ORDER |
| **COMMISSIONER of Social Security**, | |
|     Defendant. | |

Reasonable attorney fees in the amount of $3,318.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). If Plaintiff's attorney receives any fee awarded herein pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), she shall credit that fee to Plaintiff, and may retain only the larger of the two fees. When issuing the § 406(b) check, the agency is directed to subtract any amount received by Plaintiff's attorney pursuant to the EAJA, and to send the balance to Plaintiff's attorney at her current address shown above. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 7th day of March, 2025.

_____
United States District Judge

Presented by:
s/ Betsy R. Shepherd, OSB # 172670
(505) 480-5630
  Attorney for Plaintiff

ORDER - Page 1